AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DOUG LONGHINI <br> *Plaintiff(s)* <br> v. <br> CORAL REEF CENTER, LTD. d/b/a CORAL REEF VILLAGE, and SUSHI SAKE CW INC d/b/a SUSHI SAKE RESTAURANT <br> *Defendant(s)* | Civil Action No. 16-CV-23779 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORAL REEF CENTER, LTD.
c/o Registered Agent:
JOSE L MACHADO
8500 S.W. 8TH STREET SUITE 238
MIAMI, FL 33144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mario E. Lopez Esq., Florida Bar No. 98061
Rafael Viego III, Esq., Florida Bar No. 60967
FEDERAL DISABILITY ADVOCATES, 4300 Biscayne Blvd., Ste. 305, Miami, FL 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 09/02/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DOUG LONGHINI <br><br> *Plaintiff(s)* <br><br> v. <br><br> CORAL REEF CENTER, LTD.  d/b/a CORAL REEF VILLAGE,  and SUSHI SAKE CW INC d/b/a SUSHI SAKE RESTAURANT <br><br> *Defendant(s)* | Civil Action No.  16-CV-23779 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUSHI SAKE CW INC.
c/o Registered Agent:
JAMES AGUAYO
15461 SW 137 AVE
MIAMI, FL 33177

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mario E. Lopez Esq., Florida Bar No. 98061
Rafael Viego III, Esq., Florida Bar No. 60967
FEDERAL DISABILITY ADVOCATES, 4300 Biscayne Blvd., Ste. 305, Miami, FL 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   09/02/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts