## VERIFIED RETURN OF SERVICE
### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-CV-23779

**DOUG LONGHINI**

**Plaintiff:**

Vs

**CORAL REEF CENTER LTD D/B/A**
**CORAL REEF VILLAGE , AND SUSHI SAKE CW INC**
**D/B/A SUSHI SAKE RESTAURANT**

**Defendants:**

**For:**
FEDERAL DISABILITY ADVOCATES
4300 Biscayne Boulevard, Suite # 305
Miami, Fl 33137

Fajardo's Legal Solutions Inc. received a copy of the Complaint and Summons on 09/14/2016 to be served on CORAL REEF CENTER LTD C/O REGISTERED AGENT: JOSE L MACHADO 8500 SW 8TH ST SUITE 238 MIAMI FL 33144

I Angel Fajardo, being duly sworn, depose and say that on 09/21/2016 at 2:20 PM I Substitute **served by delivering** a true copy of Civil Summons and Complaint with the date and hour of service endorsed there on by me to JANET TALAVERA authorized person for CORAL REEF CENTER LTD C/O REGISTERED AGENT: JOSE L MACHADO 8500 SW 8TH ST SUITE 238 MIAMI FL 33144 and did informed said authorized person of the contents therein, in compliance with applicable Law.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in State of Florida in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
Angel Fajardo
#1916
Fajardo's Legal Solutions Inc.
1581 W 49th Street #319
Hialeah, Florida 33012
305-828-1138